THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUSTAVE KONIGSWALD, Appellant, v. JAMES A. WENDELL, as Comptroller of the State of New York, Respondent.

*Tax — personal income tax — losses on horse racing not deductible in computing tax.*

People ex rel. *Konigswald* v. *Wendell*, 198 App. Div. 956, affirmed. (Submitted April 18, 1922; decided May 2, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 8, 1921, which confirmed, on certiorari, a determination of the state comptroller disallowing a readjustment of an assessment of personal income tax. The question was whether relator was entitled to deduct from his gross income, in computing his net income subject to taxation, under article 16 of the Tax Law, the amount of his losses on horse racing.

*Meyer Moskowitz* for appellant.

*Charles D. Newton*, Attorney-General (*James S. Y. Ivins* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.